AO 121 (Rev. 06/16)

| | |
|---|---|
| TO:<br><br>**Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| | | |
|---|---|---|
| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of Illinois |
| DOCKET NO.<br>1:26-cv-04737 | DATE FILED<br>4/27/2026 | |
| PLAINTIFF<br>Lane Jacob Baguss | | DEFENDANT<br>The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See Attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☑ Order ☐ Judgment | ☐ Yes ☑ No | 9/15/2026 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | M.Nowak | 9/16/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Print | Save As... | Reset

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Lane Jacob Baguss

Plaintiff,

v.

Case No.: 1:26−cv−04737
Honorable Andrea R. Wood

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 15, 2026:

MINUTE entry before the Honorable Andrea R. Wood: Plaintiff has filed a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) [20], dismissing without prejudice the claims against all 45 Defendants listed on Schedule A to the complaint. As all claims have been dismissed, this case will be closed. All pending motions and hearing dates are stricken. Civil case terminated. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ MILES E. NOWAK
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
September 16, 2026

# Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-750**
**Effective Date of Registration:**
June 26, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** LSAgates Identification Poster

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** November 12, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Lane Jacob Baguss
  **Pseudonym:** LSAgates
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Lane Jacob Baguss
624 Reany Ave., St.Paul, MN, 55130, United States

## Rights and Permissions

**Name:** Lane Jacob Baguss
**Email:** laneb93@gmail.com
**Address:** 624 Reany Ave.
St.Paul, MN 55130 United States

## Certification

**Name:** David Denholm

**Date:** June 26, 2025
**Applicant's Tracking Number:** LB2025062601


Lake Superior Agates
Limonite Banding
Vein Agate
Eye Agate
Dendritic Agate
Crystal Inclusion
Tube Agate
Moss Agate
Peeler Agate
Quartz Banded Agate
Crystal Impressions
Seam Agate
Plume Agate
Geode Agate
Fortification Agate
Sun Bleached Agate
Stalactitic Agate
Whorl Agate
Smokey / Amethyst Agate
Mosaic Waterlevel
Crystal Inclusions (Siderite)
Paint Agate
Saganite Agate
Water Level Agate
Fragmented Membrane Agate
Copper Replacement Agate
Floater Agate
Green Agate (Rare)
Skip an Atom Agate
Flow Channel
LSAgates
Photography : Lane Baguss